Kirk A. Pasich CA SBN 94242
pasichk@dicksteinshapiro.com
Cassandra C. Shivers CA SBN 174164
shiversc@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Telephone: (310) 772-8300
Facsimile: (310) 772-8301

Deborah K. Miller CA SBN 95527
deborah.miller@oracle.com
Jeffrey S. Ross CA SBN 138172
jeff.ross@oracle.com
ORACLE USA, INC.
500 Oracle Parkway, 7th Floor
Redwood Shores, California 94065
Telephone:  (650) 506-5200
Facsimile:  (650) 506-7114

Meryl Macklin, Esq. (SBN 115053)
Holme Roberts & Owen LLP
560 Mission St., 25th Flr.
San Francisco, CA 94105
Tel:   (415) 268-1981
Fax:   (415) 268-1999
Meryl.Macklin@hro.com

Attorneys for Plaintiff Oracle USA, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>SKYWIRE HOLDINGS, LLC, et al.,<br><br>    Defendants. | **CASE NO. CV09-01339 CRB**<br><br>Assigned to the Hon. Charles R. Breyer<br><br>**HCC SPECIALTY INSURANCE COMPANY'S ACKNOWLEDGMENT OF SERVICE OF SUMMONS AND STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |
| ORACLE USA, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>HCC SPECIALTY INSURANCE COMPANY,<br><br>    Defendant. | |

By this Joint Stipulation, HCC Specialty Insurance Company hereby acknowledges receipt of service, no later than May 4, 2009, of the following documents filed in the action entitled *Oracle USA, Inc. v. HCC Specialty Insurance Company*, Case No. CV09-01339 CRB:

1) Summons;
2) Civil Case Cover Sheet;
3) Complaint;
4) Notice of Related Case;
5) Documents provided by the Count upon filing (which included: (i) the Order Setting Initial Case Management Conference and ADR Deadlines, (ii) Civil Standing Order re Magistrate Judge Joseph C. Spero, (iii) Standing Order re: Case Management Conference, (iv) Standing Order for All Judges in the Northern District re Contents of Joint Case Management Conference Statement, and Notice of Rule Discontinuing Service by Mail); and
6) Brochure entitled "Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California.

In addition, pursuant to Local Civil Rule 6.1 of the United States District Court for the Northern District of California, the parties hereto, through their respective counsel, stipulate to the following extension of time for defendant HCC Specialty Insurance Company to respond to the Complaint of Oracle USA, Inc.:

1  Defendant HCC Specialty Insurance Company shall have a 10-day an extension
2  through June 3, 2009, to respond to plaintiff Oracle USA, Inc.'s Complaint.

4  DATED: May 20, 2009           DICKSTEIN SHAPIRO LLP

6                                By: *Cassandra C Shivers /skb*
7                                Cassandra C. Shivers
                                  Attorneys for Plaintiff Oracle USA, Inc.

9  DATED: May 20, 2009           NIXON PEABODY LLP

11                               By: *Donald Dorf*
12                               Donald E. Dorfman, Esq.
                                 Attorneys for HCC Specialty Insurance Company

May 21, 2009

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA